STATE OF MINNESOTA

IN SUPREME COURT

A15-1996


FILED

June 8, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Alan F. Pendleton, a Minnesota Attorney,
Registration No. 0121538.

ORDER

On March 1, 2016, we suspended respondent Alan F. Pendleton from the practice of law for a minimum of 90 days, effective as of that date. Respondent has filed an affidavit seeking reinstatement in which he states that he has fully complied with the terms of the suspension order, except for successful completion of the professional responsibility portion of the state bar examination. The Director of the Office of Lawyers Professional Responsibility does not oppose the request.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.      Respondent Alan F. Pendleton is conditionally reinstated to the practice of law in the State of Minnesota, subject to his successful completion of the professional responsibility portion of the state bar examination.

2.      By March 1, 2017, respondent shall comply with Rule 18(e)(3), Rules on Lawyers Professional Responsibility (RLPR), by filing with the Clerk of the Appellate Courts and serving upon the Director proof of his successful completion of the professional responsibility portion of the state bar examination. Failure to do so shall result in automatic

1

re-suspension pending proof of successful completion of the examination, pursuant to Rule

18(e)(3), RLPR.

Dated:  June 8, 2016                                    BY THE COURT:

David R. Stras
Associate Justice

GILDEA, C.J. took no part in the consideration or decision of this case.